**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, PLAINTIFF<br>v.<br>SERGIO MACIAS<br>DEFENDANT(S). | CASE NUMBER<br>CR-09-385-2<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of __Deft__, IT IS ORDERED that a detention hearing is set for __TUESDAY__, __7/21/09__, at __3:00__ ☐ a.m. / ☒ p.m. before the Honorable RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE, in Courtroom __540 - Roybal__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __7/17/09__        _____/s/ Ralph Zarefsky_____
                          U.S. ~~District Judge~~/Magistrate Judge