# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING |
| vs. | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Macias, Sergio | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the  CD  CA  , for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on history of continued noncompliance with supervision conditions; ongoing substance abuse problem; assoc w/multiple personal identifiers;

FILED CLERK, U.S. DISTRICT COURT MAY 25 2011 CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY

1 | lack of bail resources
2 |
3 | and/or
4 | B.  (X) The defendant has not met his/her burden of establishing by clear and
5 | convincing evidence that he/she is not likely to pose a danger to the safety of any
6 | other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7 | finding is based on _extensive_ criminal history record; substance
8 | abuse history; gang affiliation; parole
9 | violation history

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: 5/25/11

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE